ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 13 PM 1: 25

CLERK *B McCarthy*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

BRENDA EDMONDS, )
)
Plaintiff, )
)
v. ) CV 105-146
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 13th day of September, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE